## Commonwealth *v.* McDuffy, Appellant.

Submitted March 28, 1974. *Hardy Williams,* for appellant; *David Richman,* Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* McHale, Appellant.

Submitted March 18, 1974. *James M. Reinert,* Public Defender, for appellant; *Patrick J. Toole, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.